UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GORDON GRAVELLE o/a )
CodePro Manufacturing, )
        Plaintiff, )
v. ) **JUDGMENT**
) No. 5:13-CV-160-FL
KABA ILCO CORP. )
and CHUCK MURRAY, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion to vacate arbitration award, as supplemented, and defendants' motion to confirm the award.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 13, 2013, that the defendants' motion to confirm arbitration award is granted and plaintiff's motion, as supplemented, to vacate the award is denied. Judgment is hereby entered in favor of the defendants in accordance with that award.

**This Judgment Filed and Entered on September 16, 2013, and Copies To:**

Margaret Kane Thies (via CM/ECF Notice of Electronic Filing)
Mark Vasco (via CM/ECF Notice of Electronic Filing)
Gordon Gravelle (via U.S. Mail) 238 May Street N., Thunder Bay, Ontario P7C 3P8, Canada

September 16, 2013         JULIE A. RICHARDS, CLERK
                                /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk